IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION            MDL No. 2187
-------------------------------------------------
THIS DOCUMENT RELATES TO

*Tara Solnoki v. C.R. Bard, Inc.*            2:13-cv-0015257

## MEMORANDUM OPINION AND ORDER

Pending are (1) Defendant's Motion to Dismiss, filed by Tissue Science Laboratories Limited ("TSL") on March 30, 2018 [ECF No. 18]; and (2) Defendant C.R. Bard, Inc.'s ("Bard") Motion to Dismiss for Failure to Comply with Pretrial Oder # 305, filed June 11, 2019 [ECF No. 23]. Defendants TSL and Bard assert that plaintiff's case should be dismissed with prejudice for failure to comply with court orders, including the failure to timely provide the defendant with required pretrial discovery in violation of Pretrial Order Numbers 27, 28, 275 and 305. Plaintiff, who is *pro se*, has not responded to the motions.

On July 10, 2019, the court entered a Show Cause Order directing plaintiff to show cause on or before July 24, 2019, why the defendants who filed the motions should not be dismissed. [ECF No. 26]. The court sent a copy of this order to plaintiff at her last known address and posted it on the court's public website. Plaintiff did not show cause or otherwise respond.

The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), that this case should be dismissed without

prejudice for plaintiff's failure to respond to the show cause order and otherwise comply with discovery deadlines in compliance with the court's previous pretrial and other orders.

Therefore, the court **ORDERS** that the motions to dismiss [ECF Nos. 18, 23] are **GRANTED in part** to the extent the moving defendants seek dismissal and **DENIED in part insofar as defendants seek dismissal with prejudice.** The court **ORDERS** that the TSL and Bard are dismissed without prejudice. No other defendants remain and the case is stricken from the docket and closed.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record and plaintiff at her last known address.

ENTER: August 8, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE